## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **CHAD WOMBLES, et. al.**  )<br>  )<br>  Plaintiffs,  )<br>  )<br> vs.  )<br>  )<br> **TITLEMAX OF ALABAMA, INC., et al.** )<br>  )<br>  Defendants.  )<br>  )<br>  ) | **CIVIL ACTION NUMBER: 03-CV-1158** |

### JOINT REQUEST FOR VOLUNTARY MEDIATION

**COMES NOW** all Parties, by and through the undersigned, and hereby respectfully request this Honorable Court allow them to participate in the Court's Program of Voluntary Mediation. As grounds therefore, the Parties state as follows:

1. On or about January 17, 2006, the Court held a Status Conference at which time this matter was set for trial on October 2, 2006.

2. Counsel has conducted a brief face-to-face settlement conference and engaged in subsequent good faith settlement talks.

3. The Parties did not reach a settlement of this matter despite their good faith effort.

4. In an effort to minimize additional expense of further discovery, the Parties would like to engage in judicial mediation as soon as the Court's calendar will allow.

5. The Parties believe mediation will assist in the potential resolution of this case prior to trial.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Honorable Court enter an Order allowing them to participate in the Court's Voluntary Mediation Program.

/s/ William R. Davis
WILLIAM R. DAVIS (DAV140)
Attorney for Plaintiffs

OF COUNSEL:

**DAVIS, RAYBORN, HERRINGTON & PRESCOTT, L.L.C.**
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama  36117
Telephone No. (334) 215-4449
Facsimile No.  (334) 215-4459


/s/ James R. Mulroy
JAMES R. MULROY, II
Attorney for Defendants

OF COUNSEL:

**LEWIS, FISHER, HENDERSON, CLAXTON & MULROY, LLP.**
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
(901) 767-6160
(901) 767-7411
jrmulroy@lfhc.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>February 1, 2006</u>, the foregoing document was filed with the Clerk of this Court via the CM/ECF system.

                                        <u>/s/ William R. Davis         </u>
                                        WILLIAM R. DAVIS (DAV140)
                                        Attorney for Plaintiffs