IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHAD WOMBLES; DANNY WOMBLES; ) <br> JEFF PENTON; RONNIE WELBORN; and ) <br> MARK CARNES, individually and on behalf of ) <br> all others similarly situated, ) <br>   ) <br> Plaintiffs, ) <br> v.   ) <br>   ) <br> TITLEMAX OF ALABAMA, INC.; ) <br> TITLEMAX, INC.; TITLEMAX OF ) <br> GEORGIA, INC.; TITLEMAX LENDING OF ) <br> COLUMBUS, INC.; TITLEMAX NO. 2 OF ) <br> COLUMBUS, GEORGIA, INC.; TITLEMAX ) <br> NO. 3 OF COLUMBUS, GEORGIA, INC.; ) <br> TITLEMAX OF LAGRANGE, INC.; ) <br> U.S. TITLE NO. 2 OF COLUMBUS, INC.; ) <br> U.S. TITLE NO. 3 OF COLUMBUS, INC.; and ) <br> U.S. TITLE OF OPELIKA, INC. ) <br>   ) <br> Defendants. ) | Civil Action Number:  03-CV-01158 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

By agreement and stipulation of the parties, the claims of the Plaintiffs and Plaintiffs' attorneys are dismissed with prejudice pursuant to the terms of a Confidential Settlement Agreement and Stipulation between counsel for the parties entered the 8th day of March, 2006. This agreement is deemed fair and reasonable by the parties and counsel in view of the disputed nature of the facts as applied to applicable law.

AGREED TO:


/s/ William R. Davis w/permission
William R. Davis, Esq.
Davis Rayborn Herrington & Prescott LLC
Park Place Center, Suite 150
8650 Minnie Brown Road
Montgomery, Alabama 36117

ATTORNEY FOR PLAINTIFFS



/s/ James R. Mulroy, II
James R. Mulroy, II, Esq.
Lewis Fisher Henderson Claxton & Mulroy, LLP
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119

ATTORNEYS FOR DEFENDANTS